**Order filed April 7, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00215-CV
_____

**WOODY K. LESIKAR, INDIVIDUALLY AND AS TRUSTEE OF THE WOODY K. LESIKAR SPECIAL TRUST, Appellant**

**V.**

**WOODROW V. LESIKAR FAMILY TRUST BY AND THROUGH ITS BENEFICIARY, THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, ET AL, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-65920A**

---

## ORDER

This is an appeal from an order signed February 25, 2020, entitled Order Granting Emergency Motion for an Order Requiring the Deposit of Funds into the Registry of the Court and to Reopen and Extend Discovery. A related case was previously filed in the Court of Appeals for the First District of Texas under case

number 01-12-00406-CV.

It is ORDERED that the appeal docketed under this court's appellate case number 14-20-00215-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.